

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00200-CV

ESTATE OF WILLIAM L. HASTINGS, DECEASED

On Appeal from the County Court at Law No. 1
Potter County, Texas
Trial Court No. 28,773-1, Honorable W. F. (Corky) Roberts, Presiding

October 30, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Laura Ponder has filed a motion seeking voluntary dismissal of this appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.

Accordingly, and as no decision of the Court has been delivered to date, we grant appellant's motion to dismiss the appeal. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. *See* Tex. R. App. P.

42.1(a)(1). The parties have not presented an agreement for taxation of costs. Therefore, costs are taxed against appellant. Tex. R. App. P. 42.1(d).


James T. Campbell
Justice